LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE L. ELSEROUGI, | CASE NO. C 06 1327 JL |
| Plaintiff, | Before the Honorable JAMES LARSON |
| v. | [PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| ELI LILLY AND COMPANY, | |
| Defendants. | Conference Date: June 28, 2006<br>Conference Time: 10:30 AM<br>Location: Courtroom F, 15TH Floor<br>SAN FRANCISCO |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 28, 2006 Case Management Conference ("CMC") to __October 25, 2006__, at __10:30 a.m__. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: June 26, 2006
_____
Honorable
United States

[SEAL: IT IS SO ORDERED / Judge James Larson / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

- 3 -   [PROPOSED] ORDER